B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FOSTER, ELDRIDGE CHARLES** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**FOSTER, STACEY E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8631** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4898** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL**    ZIP Code **60653** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL**    ZIP Code **60653** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                 of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13               of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FOSTER, ELDRIDGE CHARLES**<br>**FOSTER, STACEY E** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FOSTER, ELDRIDGE CHARLES** |
| | **FOSTER, STACEY E** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ELDRIDGE CHARLES FOSTER**
Signature of Debtor **ELDRIDGE CHARLES FOSTER**

X **/s/ STACEY E FOSTER**
Signature of Joint Debtor **STACEY E FOSTER**

Telephone Number (If not represented by attorney)

**September 7, 2010**
Date

### Signature of Attorney*

X **/s/ Michael J. Maslanka**
Signature of Attorney for Debtor(s)

**Michael J. Maslanka 06188163**
Printed Name of Attorney for Debtor(s)

**Sacks, Goreczny, Maslanka & Costello, P.C.**
Firm Name
**100 West Monroe Street**
**Suite 804**
**Chicago, IL 60603**

Address

**312-641-2424**
Telephone Number

**September 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**

Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    □ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        □ Active military duty in a military combat zone.

    □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ ELDRIDGE CHARLES FOSTER**

                         **ELDRIDGE CHARLES FOSTER**

Date:   **September  7, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ STACEY E FOSTER**
        **STACEY E FOSTER**

Date: **September  7, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **ELDRIDGE CHARLES FOSTER,**           Case No. _____
       **STACEY E FOSTER**

                                          ,       Chapter _____ **7** _____
                                      Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 696,168.00 | | |
| B - Personal Property | Yes | 4 | 184,033.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,002,560.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 221,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 10,348.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,252.00 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| | Total Assets | | 880,201.00 | | |
| | | Total Liabilities | | 1,223,560.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ELDRIDGE CHARLES FOSTER,**
**STACEY E FOSTER**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **ELDRIDGE CHARLES FOSTER,**    Case No. _____

**STACEY E FOSTER**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3634 S PRAIRIE CHGO IL**<br>**SINGLE FAMILY**<br>**17 34 309 086**<br>**17 34 309 087**<br>**DEBTORS' RESIDENCE** | **Fee simple** | **J** | **253,100.00** | **265,265.00** |
| **7120-22 S ASHLAND CHGO, IL**<br>**2007 LOAN MATURED JAN 2010. NOW UNDER**<br>**FOREBEARANCE AGREEMENT**<br>**PAYMENTS INCREASE TO 1994/MO AT 1 15 11.**<br>**CURRENTLY 1608/MO JULY 2010 THROUGH DEC**<br>**2010, AFTER DOWNPAYMENT.**<br>**3 UNIT COMMERCIAL BUILDING**<br>**RENTAL PROPERTY** | **Fee simple** | **J** | **175,000.00** | **225,000.00** |
| **2716 CIRCLE DR MARKHAM, IL 60428**<br>**LENDER: U.S. BANK, NA/SAXON**<br>**MORTGAGE/AMNET**<br>**PURCH 2002**<br>**RENTAL PROPERTY**<br>**SINGLE FAMILY RESIDENCE**<br>**SOLD FOR DELINQUENT TAXES 2007 ON 7 16 09**<br>**REDEEM BY 1 25 12** | **Fee simple** | **H** | **60,000.00** | **109,043.00** |
| **11312 S VINCENNES CHGO, IL**<br>**SINGLE FAMILY RESIDENCE**<br>**PURCH 1999**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** | **Fee simple** | **J** | **59,160.00** | **107,510.00** |
| **1320 W 112TH PL CHGO., IL**<br>**SINGLE FAMILY RESIDENCE**<br>**PURCH 2003**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** | **Fee simple** | **J** | **88,733.00** | **89,592.00** |

Sub-Total >    **635,993.00**    (Total of this page)

__1__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **ELDRIDGE CHARLES FOSTER,**
    **STACEY E FOSTER**
                             Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **11550 S WATKINS CHGO., IL 60643**<br>**PURCHASED 2005 $95,000**<br>**JOINT TENANCY**<br>**25 19 403 021 0000**<br>**SINGLE FAMILY RESIDENCE**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** | **Fee simple** | **J** | **60,175.00** | **164,410.00** |

| | | |
|---|---|---|
| Sub-Total > | **60,175.00** | (Total of this page) |
| Total > | **696,168.00** | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **ELDRIDGE CHARLES FOSTER,**
       **STACEY E FOSTER**

Case No. _____

_____,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HARRIS BANK CHECKING -1392** | H | 0.00 |
| | | **HARRIS BANK CHECKING -2749** | J | 0.00 |
| | | **CHASE BANK CHECKING 1359** | W | 150.00 |
| | | **BANK OF AMERICA CHECKING 6392 WIFE'S INCOME DIRECT DEPOSIT** | W | 800.00 |
| | | **CHECKING ACCOUNT AT HARRIS BANK FOR ES OF CHICAGO LLC 6411** | H | 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **SOFA, LOVE SEAT, TABLE, FISH TANK, PICTURE, REFRIGERATOR, STOVE, DISHWASHER, MICROWAVE, KITCHEN TABLE, 6 CHAIRS, TV, COUCH, WEIGHT MACHINE, WASHER, DRYER, BED, DRESSER, BED, DRESSER, CHEST, COUCH, TV STAND, TV, RUG, LAWNMOWER** | J | 1,775.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **PERSONAL WEARING APPAREL** | - | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     **3,235.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **ELDRIDGE CHARLES FOSTER,**
         **STACEY E FOSTER**                     ,          Case No. _____

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | ALLSTATE (LIBERTY) LIFE INSURANCE FACE VALUE 500000 | H | 0.00 |
| | | EMPLOYMENT RELATED TERM INSURANCE | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | MEABF ANNUITY AND BENEFIT FUND AS OF 12 31 2008 | W | 98,787.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 529B COLLEGE FUND FOR DAUGHTER VCSP/COLLEGE AMERICA ELDRIDGE FOSTER OWNER FBO XXX WITH HARRIS INVESTOR SERVICES, INC. CHICAGO, IL 68022942 AS OF 9 30 09 | H | 17,264.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403(B) RETIREMENT PLAN AS OF 12 31 09 | W | 45,619.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | THE PHOENIX COMPANIES, INC COMMON STOCK | - | 0.00 |
| | | FOSTER & FOSTER ENTERPRISES, INC (S CORP) (INC 6 14 99) 36-4300733 CORP DISSOLVED DEBTOR/PRESIDENT | - | 0.00 |
| | | THE LAUNDRY PLACE, INC CORP DISSOLVED 9 12 08 | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | NUTT'N BUT SWEETS LLC 26-3296035 STARTED 9 4 08 DEBTOR 75% INTEREST RETAIL SALES GROSS RECEIPTS 2009 $51080 2009 ORDINARY BUSINESS LOSS 7110 PARTNER 25% INTEREST: ANTHONY FOSTER BUSINESS CLOSED AS O 8 28 10. ASSETS AS OF 8 31 10, 2170 DEBTOR'S 75% INTEREST LISTED BELOW | - | 1,628.00 |
| | | ES OF CHICAGO LLC INVOLUNTARILY DISSOLVED 2007 | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

                                              Sub-Total >       163,298.00
                                          (Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **ELDRIDGE CHARLES FOSTER,**      Case No. _____
   **STACEY E FOSTER**
_____,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | HUSBAND IS BENEFICIARY OF WIFE'S LIFE INSURANCE POLICY (200,000 FACE) | H | 0.00 |
| | | WIFE IS BENEFICIARY OF HUSBAND'S LIFE INS POLICY | W | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2010 FEDERAL REFUND EXPECTED IN 2011 | J | Unknown |
| | | 2010 ILLINOIS REFUND EXPECTED 2011 | J | Unknown |
| | | TENANT AT 11312 S VINCENNES OWES BACK RENT JULY AND AUG 2010 | J | 1,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 SIERRA PICK UP TRUCK | H | 500.00 |
| | | 2007 ES 350 LEXUS | W | 16,000.00 |

Sub-Total >      17,500.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **ELDRIDGE CHARLES FOSTER,**
     **STACEY E FOSTER**
                                     ,
                        Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **184,033.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **ELDRIDGE CHARLES FOSTER,**
      **STACEY E FOSTER**

Case No. _____

                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **3634 S PRAIRIE CHGO IL** | **735 ILCS 5/12-901** | **30,000.00** | **253,100.00** |
| **SINGLE FAMILY** | | | |
| **17 34 309 086** | | | |
| **17 34 309 087** | | | |
| **DEBTORS' RESIDENCE** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **HARRIS BANK CHECKING -1392** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **HARRIS BANK CHECKING -2749** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **CHASE BANK CHECKING 1359** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **BANK OF AMERICA CHECKING 6392** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **WIFE'S INCOME DIRECT DEPOSIT** | | | |
| **CHECKING ACCOUNT AT HARRIS BANK FOR** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **ES OF CHICAGO LLC** | | | |
| **6411** | | | |
| **Household Goods and Furnishings** | | | |
| **SOFA, LOVE SEAT, TABLE, FISH TANK,** | **735 ILCS 5/12-1001(b)** | **1,775.00** | **1,775.00** |
| **PICTURE, REFRIGERATOR, STOVE,** | | | |
| **DISHWASHER, MICROWAVE, KITCHEN TABLE,** | | | |
| **6 CHAIRS, TV, COUCH, WEIGHT MACHINE,** | | | |
| **WASHER, DRYER, BED, DRESSER, BED,** | | | |
| **DRESSER, CHEST, COUCH, TV STAND, TV,** | | | |
| **RUG, LAWNMOWER** | | | |
| **Wearing Apparel** | | | |
| **PERSONAL WEARING APPAREL** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **ALLSTATE (LIBERTY) LIFE INSURANCE FACE** | **215 ILCS 5/238** | **100%** | **0.00** |
| **VALUE 500000** | | | |
| **EMPLOYMENT RELATED TERM INSURANCE** | **735 ILCS 5/12-1001(b)** | **100%** | **0.00** |
| **Annuities** | | | |
| **MEABF ANNUITY AND BENEFIT FUND** | **735 ILCS 5/12-1006** | **100%** | **98,787.00** |
| **AS OF 12 31 2008** | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **529B COLLEGE FUND FOR DAUGHTER** | **735 ILCS 5/12-1001(j)** | **100%** | **17,264.00** |
| **VCSP/COLLEGE AMERICA** | | | |
| **ELDRIDGE FOSTER OWNER FBO XXX** | | | |
| **WITH HARRIS INVESTOR SERVICES, INC.** | | | |
| **CHICAGO, IL** | | | |
| **68022942** | | | |
| **AS OF 9 30 09** | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **ELDRIDGE CHARLES FOSTER,**
    **STACEY E FOSTER**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 403(B) RETIREMENT PLAN AS OF 12 31 09 | 735 ILCS 5/12-1006 | 100% | 45,619.00 |
| | | | |
| **Interests in Partnerships or Joint Ventures** | | | |
| NUTT'N BUT SWEETS LLC 26-3296035 STARTED 9 4 08 DEBTOR 75% INTEREST RETAIL SALES GROSS RECEIPTS 2009 $51080 2009 ORDINARY BUSINESS LOSS 7110 PARTNER 25% INTEREST: ANTHONY FOSTER BUSINESS CLOSED AS O 8 28 10. ASSETS AS OF 8 31 10, 2170 DEBTOR'S 75% INTEREST LISTED BELOW | 735 ILCS 5/12-1001(b) | 1,628.00 | 1,628.00 |
| | | | |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| HUSBAND IS BENEFICIARY OF WIFE'S LIFE INSURANCE POLICY (200,000 FACE) | 735 ILCS 5/12-1001(h)(3) | 100% | 0.00 |
| WIFE IS BENEFICIARY OF HUSBAND'S LIFE INS POLICY | 735 ILCS 5/12-1001(h)(3) | 100% | 0.00 |
| | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| 2010 FEDERAL REFUND EXPECTED IN 2011 | 735 ILCS 5/12-1001(b) | 100% | Unknown |
| 2010 ILLINOIS REFUND EXPECTED 2011 | 735 ILCS 5/12-1001(b) | 100% | Unknown |
| TENANT AT 11312 S VINCENNES OWES BACK RENT JULY AND AUG 2010 | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 SIERRA PICK UP TRUCK | 735 ILCS 5/12-1001(c) | 500.00 | 500.00 |
| 2007 ES 350 LEXUS | 735 ILCS 5/12-1001(c) | 2,400.00 | 16,000.00 |
| | Total: | 200,433.00 | 437,133.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **ELDRIDGE CHARLES FOSTER,**
       **STACEY E FOSTER**
                                                                    Case No. _____

                                                                    ,
                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx5400** <br><br> **CHASE HOME FINANCE** <br> **P O BOX 78420** <br> **Phoenix, AZ 85062** | | | J | 2006 <br> **11550 S WATKINS CHGO., IL 60643** <br> **PURCHASED 2005 $95,000** <br> **JOINT TENANCY** <br> **25 19 403 021 0000** <br> **SINGLE FAMILY RESIDENCE** <br> **RENTAL PROPERTY** <br> **TAXES SOLD** | | | | | |
| | | | | Value $              **60,175.00** | | | | **164,410.00** | **104,235.00** |
| Account No. <br><br> **ELM LIMITED LLC** <br> **100 N LASALLE** <br> **2400** <br> **Chicago, IL 60602** | | | - | 2009 <br><br> **2716 CIRCLE DRIVE MARKHAM IL** <br> **2007 REAL ESTATE TAXES SOLD 7 16 09, REDEEM BY 1 25 12** | | | | | |
| | | | | Value $              **60,000.00** | | | | **3,792.00** | **0.00** |
| Account No. <br><br> **EQUITY ONE INVESTMENT FUND LLC** <br> **120 W MADISON** <br> **918** <br> **Chicago, IL 60602** | | | - | 2009 <br><br> **2007 TAXES SOLD 7 20 09, REDEEM BY 1 25 12** <br> **25-19-217-043** | | | | | |
| | | | | Value $              **59,160.00** | | | | **1,671.00** | **0.00** |
| Account No. **xxxx0792** <br><br> **Harris NA** <br> **PO BOX 5043** <br> **Rolling Meadows, IL 60008** | | | J | 12 1998 <br> **Purchase Money Security** <br> **3634 S PRAIRIE CHGO IL** <br> **SINGLE FAMILY** <br> **17 34 309 086** <br> **17 34 309 087** <br> **DEBTORS' RESIDENCE** | | | | | |
| | | | | Value $             **253,100.00** | | | | **147,102.00** | **12,165.00** |

|  | | | Subtotal <br> (Total of this page) | **316,975.00** | **116,400.00** |
|---|---|---|---|---|---|

__2__   continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re   **ELDRIDGE CHARLES FOSTER,**
      **STACEY E FOSTER**                                     ,

Case No. _____

               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxxxxx-x00-99** | | | | | **12 21 07; MATURED 1 1 10** **Mortgage** **7120-22 S ASHLAND CHGO, IL** **2007 LOAN MATURED JAN 2010. NOW UNDER FOREBEARANCE AGREEMENT PAYMENTS INCREASE TO 1994/MO AT 1 15 11.** **CURRENTLY 1608/MO JULY 2010** | | | | | |
| **HARRIS NA** **BLST - P O BOX 2880** **Chicago, IL 60690** | | | J | | | | | | | |
| | | | | | Value $        **175,000.00** | | | | **225,000.00** | **50,000.00** |
| Account No. **xxxxxx3768** | | | | | **2005** **Second Mortgage** **11312 S VINCENNES CHGO, IL** **SINGLE FAMILY RESIDENCE** **PURCH 1999** **RENTAL PROPERTY** **TAXES SOLD** | | | | | |
| **Harris Trust & Savings Bank** **PO Box 755** **Chicago, IL 60690** | | | J | | | | | | | |
| | | | | | Value $       **59,160.00** | | | | **107,510.00** | **48,350.00** |
| Account No. **xxxxxx3766** | | | | | **10 2005** **Second Mortgage** **3634 S PRAIRIE CHGO IL** **SINGLE FAMILY** **17 34 309 086** **17 34 309 087** **DEBTORS' RESIDENCE** | | | | | |
| **HARRIS TRUST AND SAVINGS** **PO BOX 755** **Chicago, IL 60690** | | | J | | | | | | | |
| | | | | | Value $       **253,100.00** | | | | **118,163.00** | **0.00** |
| Account No. **xxxxxx3767** | | | | | **10 2005** **Second Mortgage** **1320 W 112TH PL CHGO., IL** **SINGLE FAMILY RESIDENCE** **PURCH 2003** **RENTAL PROPERTY** **TAXES SOLD** | | | | | |
| **HARRIS TRUST AND SAVINGS BANK** **PO BOX 755** **Chicago, IL 60690** | | | J | | | | | | | |
| | | | | | Value $       **88,733.00** | | | | **89,592.00** | **859.00** |
| Account No. | | | | | **2009** **2007 REAL ESTATE TAXES SOLD 7 20 09** **115TH AND WATKINS CHICAGO, IL** **25-19-403-021** **REDEEM BY 1 25 12** | | | | | |
| **SABRE INVESTMENTS LLC** **31 HOMEWOOD DR** **POB 3074** **Carbondale, IL 62902** | | | - | | | | | | | |
| | | | | | Value $       **60,175.00** | | | | **2,000.00** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **542,265.00**     **99,209.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **ELDRIDGE CHARLES FOSTER,**
      **STACEY E FOSTER**
                          ,

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0001**<br><br>**Toyota Motor Credit Corp**<br>**5005 N. River Blvd.**<br>**Cedar Rapids, IA 52411-6634** | | W | **9 09**<br><br>**Purchase Money Security**<br><br>**2007 ES 350 LEXUS** | | | | | |
| | | | Value $     **16,000.00** | | | | **32,186.00** | **16,186.00** |
| Account No. **xx0065...**<br><br>**U S BANK NA**<br>**C/O IRA NEVEL**<br>**175 N FRANKLIN**<br>**201**<br>**Chicago, IL 60606** | | - | **2006**<br>**Purchase Money Security**<br>**2716 CIRCLE DR MARKHAM, IL 60428**<br>**LENDER: U.S. BANK, NA/SAXON**<br>**MORTGAGE/AMNET**<br>**PURCH 2002**<br>**RENTAL PROPERTY**<br>**SINGLE FAMILY RESIDENCE** | | | | | |
| | | | Value $     **60,000.00** | | | | **109,043.00** | **49,043.00** |
| Account No.<br><br>**WHEELER-DEALER LTD**<br>**120 N LASALLE**<br>**1350**<br>**Chicago, IL 60602** | | - | **2009**<br><br>**2007 REAL ESTATE TAXES SOLD 1320 W 112TH PL CHICAGO IL**<br>**SOLD 7 21 09, REDEEM BY 1 26 12** | | | | | |
| | | | Value $     **88,733.00** | | | | **2,091.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **143,320.00** | **65,229.00** |
| Total<br>(Report on Summary of Schedules) | **1,002,560.00** | **280,838.00** |

B6E (Official Form 6E) (4/10)

.

In re    **ELDRIDGE CHARLES FOSTER,**                                                Case No. _____
         **STACEY E FOSTER**

_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **ELDRIDGE CHARLES FOSTER,**
         **STACEY E FOSTER**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**COOK COUNTY**<br>**BOX 7552**<br>**Chicago, IL 60680** | **J** | | | **2008 AND 2009**<br><br>**2008 AND 2009 REAL ESTATE TAXES FOR 1320 W 112TH PL CHICAGO, IL** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**COOK COUNTY**<br>**BOX 7552**<br>**Chicago, IL 60680** | **J** | | | **2008 AND 2009**<br><br>**2008 AND 2009 REAL ESTATE TAXES 11312 S VINCENNES CHGO IL** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**COOK COUNTY**<br>**BOX 7552**<br>**Chicago, IL 60680** | **J** | | | **2008 AND 2009**<br><br>**REAL ESTATE TAXES OTHERS 11550 S WATKINS CHGO, IL** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**COOK COUNTY**<br>**BOX 7552**<br>**Chicago, IL 60680** | **H** | | | **2008 AND 2009**<br><br>**REAL ESTATE TAXES 2716 CIRCLE DR MARKHAM IL** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00**<br>**0.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **0.00**<br>**0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **ELDRIDGE CHARLES FOSTER,**
**STACEY E FOSTER**

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx/xxxxx-xxxxx9719<br><br>**ADT SECURITY SRVCS INC**<br>**C/O SEROTA DORKO & ASSOCS.**<br>**P O BOX 1008**<br>**Arlington Heights, IL 60006** | | H | **SECURITY SERVICE**<br>**NUTT'N BUT SWEETS** | | | | 2,109.00 |
| Account No. xxxx-xxxx-xxxx-0012<br><br>**ADVANTA BANK CORP**<br>**P O BOX 8088**<br>**Philadelphia, PA 19101** | | H | **REVOLVING CREDIT**<br>**FOSTER AND FOSTER**<br>**BUSINESS AND PERSONAL** | | | | 25,487.00 |
| Account No. xxxxxxxxx/xx-xxx0506<br><br>**ALLIANCE LAUNDRY SYSTEMS LLC**<br>**C/O HAUSELMAN, RAPPIN &**<br>**OLSWANG LTD**<br>**39 S LASALLE**<br>**# 1105**<br>**Chicago, IL 60603** | X | J | **LAWSUIT ON CONTRACT GUARANTEE**<br>**FOSTER AND FOSTER** | | | X | 32,209.00 |
| Account No. xxxxx0778<br><br>**ALLSTATE**<br>**P O BOX 3576**<br>**Akron, OH 44309** | | H | **FOR 11550 S WATKINS CHICAGO IL**<br>**PAST DUE INSURANCE** | | | | 126.00 |

|  | Subtotal<br>(Total of this page) | 59,931.00 |
|---|---|---|

__6___   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **ELDRIDGE CHARLES FOSTER,**
      **STACEY E FOSTER**
                                        Case No. _____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxx-x1006**<br><br>**AMERICAN EXPRESS**<br>**P O BOX 0001**<br>**Los Angeles, CA 90096** | | - | | | | | 1,749.00 |
| Account No. **xxxx-xxxxx-x1004**<br><br>**AMERICAN EXPRESS**<br>**P O BOX 0001**<br>**Los Angeles, CA 90096** | X | - | **BUSINESS CREDIT** | | | | 1,211.00 |
| Account No. **-xxxxxxxx8165...**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | **2003**<br>**Credit card purchases** | | | | 1,387.00 |
| Account No. **xxxxxxxxxxxx3583**<br><br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998-1537** | | W | **Credit card purchases** | | | | 1,674.00 |
| Account No.<br><br>**ANTHONY FOSTER**<br>**1557 EVERS**<br>**Westchester, IL 60154** | | H | **PERSONAL LOAN** | | | | 22,500.00 |

| | | |
|---|---|---|
| Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 28,521.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **ELDRIDGE CHARLES FOSTER,**
　　　　**STACEY E FOSTER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　, 

Case No. _____

　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT & T**<br>**PO Box 8105**<br>**Aurora, IL 60507-8105** | X | H | **Utility Service**<br>**7122 S ASHLAND UNIT A CHGO IL** | | | | 145.00 |
| Account No. **xxxxx2980** <br><br>**BROADVIEW SECURITY**<br>**P O BOX 631877**<br>**Irving, TX 75063** | - | | **RE SECURITY AT 1320 W 112TH PL CHICAGO, IL** | | | | 210.00 |
| Account No. **xxxx-xxxx-xxxx-7917** <br><br>**CHASE**<br>**PO BOX 2001**<br>**Elgin, IL 60120** | X | H | **REVOLVING CREDIT** | | | | 4,854.00 |
| Account No. **xxxx-xxxx-xxxx-7185** <br><br>**CHASE**<br>**PO BOX 15298**<br>**Wilmington, DE 19850** | | W | **2009** | | | | 2,298.00 |
| Account No. **xxxxxxxxx0904** <br><br>**CHASE AUTO FINANCE**<br>**NAT'L RECOVERY GROUP**<br>**P O BOX 29505**<br>**Phoenix, AZ 85038** | | W | **JPMORGAN CHASE BANK N A** | | | | 2,103.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,610.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **ELDRIDGE CHARLES FOSTER,**
**STACEY E FOSTER**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx/xxxxxxxxxxxx1059**<br><br>**CHASE BANK USA, N.A.**<br>**C/O MICHAEL D FINE**<br>**131 S DEARBORN ST**<br>**FLOOR 5**<br>**Chicago, IL 60603** | | H | **2000**<br>**REVOLVING CREDIT**<br>**PERSONAL**<br>**IN COURT** | | | | **19,377.00** |
| Account No. **xxxx-xxxx-xxxx-5976**<br><br>**Citi Cards/CITIBANK SOUTH DAKOTA NA**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | | H | **1996**<br>**Credit card purchases**<br>**PERSONAL** | | | | **34,495.00** |
| Account No.<br><br>**City of Chicago**<br>**c/o Corporation Counsel**<br>**30 N. LaSalle, 7th floor**<br>**Chicago, IL 60602** | | J | **WATER SERVICE**<br>**11550 S WATKINS CHICAGO IL**<br>**7122 S ASHLAND CHICAGO IL**<br>**1320 W 112TH PL CHICAGO IL**<br>**11312 S VINCENNES CHICAGO, IL** | | | | **1,253.00** |
| Account No. **xxxxxxxx00-00**<br><br>**CITY OF MARKHAM**<br>**16313 S KEDZIE**<br>**Markham, IL 60428** | | H | **2008-2009**<br>**WATER SERVICE FOR 2716 CIRCLE MARKHAM IL** | | | | **95.00** |
| Account No.<br><br>**Com Ed**<br>**Attn Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | | H | **Utility Service**<br>**7122 S ASHLAND UNIT A CHGO IL** | | | | **1,500.00** |

Sheet no. **3** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **56,720.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **ELDRIDGE CHARLES FOSTER,**
    **STACEY E FOSTER**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**DELANEY LAW**<br>**444 N WABASH**<br>**3RD FL**<br>**Chicago, IL 60611** | X | H | | **2008 -2010**<br>**LEGAL SERVICES** | | | | 2,551.00 |
| Account No. **xxxx-xxxx-xxxx-7919**<br><br>**DISCOVER**<br>**PO BOX 15316**<br>**Wilmington, DE 19850** | | W | | **2007**<br>**REVOLVING CREDIT** | | | | 6,785.00 |
| Account No. **xxxxxxxx6132**<br><br>**DISCOVER FIN SRVCS**<br>**P O BOX 15316**<br>**Wilmington, DE 19850** | X | W | | **2007**<br>**REVOLV CREDIT**<br>**AUTH. USER** | | | | 6,844.00 |
| Account No. **1392**<br><br>**Harris NA**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | | H | | **2010**<br>**BANK FEES** | | | | 95.00 |
| Account No. **2749**<br><br>**Harris NA**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | | J | | **2010**<br>**BANK FEES** | | | | 61.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,336.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **ELDRIDGE CHARLES FOSTER,**
       **STACEY E FOSTER**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>HSBC RETAIL SERVICES<br>PO BOX 17264<br>Baltimore, MD 21297 | | W | CARSON PIRIE SCOTT ACCT.<br>REVOLVING CREDIT | | | | 600.00 |
| Account No.<br><br>MERCHANT SERVICES<br>371 CENTENNIAL PKWY<br>Louisville, CO 80027 | | H | 2010<br>DEBIT CARD MACHINE SERVICES | | | | Unknown |
| Account No. xxxxxx0466<br><br>MOHAMED KASSEM<br>C/O DELANEY LAW<br>420 N WABASH<br>203<br>Chicago, IL 60611 | | J | RENT COLLECTION<br>FOSTER AND FOSTER | | | X | 22,980.00 |
| Account No.<br><br>NORTHERN LEASING SYS, INC<br>132 W 31ST ST<br>New York, NY 10001 | | H | 2010<br>DEBIT CARD MACHINE SERVICE | | | | Unknown |
| Account No.<br><br>PAYCHEX INC<br>1000 E WARRENVILLE RD<br>Naperville, IL 60563 | | H | PAYCHECK PROCESSOR FOR NUTT'N BUT SWEETS | | | | 250.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,830.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **ELDRIDGE CHARLES FOSTER,**
          **STACEY E FOSTER**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx8855**  <br><br>**Peoples Gas**<br>**Bankruptcy Dept.**<br>**130 E. Randolph**<br>**Chicago, IL 60601** | | H | | **2010**<br>**Utility Service**<br>**1320 W 112TH PL**<br>**CHGO, IL** | | | | **254.00** |
| Account No.  <br><br>**TRANSFIRST**<br>**371 CENTENNIAL PKWY**<br>**Louisville, CO 80027** | | H | | **2010**<br>**DEBIT CARD MACHINE SERVICE** | | | | **Unknown** |
| Account No. **xxxxxx6003**  <br><br>**U S SMALL BUSINESS ADMIN**<br>**801 TOM MARTIN DR**<br>**120**<br>**Birmingham, AL 35211** | X | H | | **FOSTER AND FOSTER** | | | | **Unknown** |
| Account No. **xxxxxx5599**  <br><br>**WASHINGTON MUTUAL**<br>**P O BOX 78065**<br>**Phoenix, AZ 85062** | X | - | | **BUSINESS LINE OF CREDIT**<br>**FOSTER AND FOSTER ENTERPRISES, INC.**<br>**BUSINESS AND PERSONAL** | | | | **25,798.00** |
| Account No. | | | | | | | | |

Sheet no. __6___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **26,052.00** |
| Total (Report on Summary of Schedules) | | **221,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **ELDRIDGE CHARLES FOSTER,**
       **STACEY E FOSTER**                    Case No. _____

_____,
                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MERCHANT SERVICES**<br>**371 CENTENNIAL PKWY**<br>**Louisville, CO 80027** | **DEBIT CARD MACHINE SERVICE CONTRACT** |
| **NORTHERN LEASING SYS, INC**<br>**132 W 31ST ST**<br>**New York, NY 10001** | **DEBIT CARD MACHINE SERVICE CONTRACT** |
| **TRANSFIRST**<br>**371 CENTENNIAL PKWY**<br>**Louisville, CO 80027** | **DEBIT CARD MACHINE SERVICE CONTRACT** |
| **Verizon Wireless**<br>**Customer Service Department**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | **PHONE SERVICE CONTRACT EXPIRES 2011** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **ELDRIDGE CHARLES FOSTER,**                          Case No. _____
          **STACEY E FOSTER**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ES OF CHICAGO LLC**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **AMERICAN EXPRESS**<br>**P O BOX 0001**<br>**Los Angeles, CA 90096** |
| **FOSTER AND FOSTER ENT. INC.**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **ALLIANCE LAUNDRY SYSTEMS LLC**<br>**C/O HAUSELMAN, RAPPIN & OLSWANG LTD**<br>**39 S LASALLE**<br>**# 1105**<br>**Chicago, IL 60603** |
| **FOSTER AND FOSTER ENT. INC.**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **CHASE**<br>**PO BOX 2001**<br>**Elgin, IL 60120** |
| **FOSTER AND FOSTER ENT. INC.**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **U S SMALL BUSINESS ADMIN**<br>**801 TOM MARTIN DR**<br>**120**<br>**Birmingham, AL 35211** |
| **FOSTER AND FOSTER ENTERPRISES INC**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **WASHINGTON MUTUAL**<br>**P O BOX 78065**<br>**Phoenix, AZ 85062** |
| **NUTT'N BUT SWEETS**<br>**7122 S ASHLAND**<br>**Chicago, IL 60636** | **DELANEY LAW**<br>**444 N WABASH**<br>**3RD FL**<br>**Chicago, IL 60611** |
| **NUTT'N BUT SWEETS**<br>**7122 S ASHLAND**<br>**Chicago, IL 60636** | **AT & T**<br>**PO Box 8105**<br>**Aurora, IL 60507-8105** |
| **STACEY FOSTER**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **DISCOVER FIN SRVCS**<br>**P O BOX 15316**<br>**Wilmington, DE 19850** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **ELDRIDGE CHARLES FOSTER**
      **STACEY E FOSTER**
                                                              Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CANDY SHOP RETAILER** | |
| Name of Employer | **NUTT'N BUT SWEETS LLC** | **CHGO PUBLIC SCHOOLS** |
| How long employed | **1.5 Y** | |
| Address of Employer | **7120 S ASHLAND CHICAGO, IL** | **P O BOX 2866 Chicago, IL 60690** |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **637.00** | $ **6,129.00** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| | | | |
| 3. SUBTOTAL | | $ **637.00** | $ **6,129.00** |
| | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and social security | | $ **0.00** | $ **733.00** |
|   b. Insurance | | $ **0.00** | $ **153.00** |
|   c. Union dues | | $ **0.00** | $ **0.00** |
|   d. Other (Specify)   **See Detailed Income Attachment** | | $ **0.00** | $ **483.00** |
| | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **0.00** | $ **1,369.00** |
| | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **637.00** | $ **4,760.00** |
| | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): _____ | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify):   **See Detailed Income Attachment** | | $ **4,951.00** | $ **0.00** |
| | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **4,951.00** | $ **0.00** |
| | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **5,588.00** | $ **4,760.00** |
| | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **10,348.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**DEBTOR'S INCOME FROM NUTT N BUT SWEETS WILL END WITH SEPT 2010 PAY AS COMPANY CLOSED ON 8 28 10 AND DEBTOR WILL NO LONGER BE RECEIVING ANY PAY OR DRAW.
WIFE IS PAID BIWEEKLY
RENTAL INCOME MAY BEGIN 9 '10 FOR THE THIRD OF THE 3 COMMERCIAL RENTAL UNITS AT 7120 S ASHLAND**

**B6I (Official Form 6I) (12/07)**

In re  **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**                                    Case No. _____
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **403B** | $ 0.00 | $ 2.00 |
| **PENSION** | $ 0.00 | $ 129.00 |
| **HEALTHCARE ACCT** | $ 0.00 | $ 99.00 |
| **DEPENDENT CARE ACCT** | $ 0.00 | $ 167.00 |
| **GROUP LEGAL INS** | $ 0.00 | $ 16.00 |
| **SUPPLEM LIFE INS** | $ 0.00 | $ 35.00 |
| **LONG TERM DIS** | $ 0.00 | $ 35.00 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 483.00 |

**Other Monthly Income:**

| | | |
|---|---|---|
| **RENT 7120 S ASHLAND CHGO IL** | $ 1,639.00 | $ 0.00 |
| **RENT 7120 S ASHLAND CHGO IL** | $ 1,175.00 | $ 0.00 |
| **RENT 11312 S VINCENNES CHGO IL** | $ 937.00 | $ 0.00 |
| **RENT 1320 W 112TH PL CHGO IL** | $ 1,200.00 | $ 0.00 |
| **Total Other Monthly Income** | $ 4,951.00 | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re   **ELDRIDGE CHARLES FOSTER**
        **STACEY E FOSTER** _____     Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,958.00 |
| a. Are real estate taxes included?              Yes ____      No **X** | | |
| b. Is property insurance included?              Yes ____      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 450.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 300.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 655.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 250.00 |
| 7. Medical and dental expenses | $ | 225.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 129.00 |
| b. Life | $ | 206.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 175.00 |
| e. Other   **See Detailed Expense Attachment** | $ | 327.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 560.00 |
| b. Other   **See Detailed Expense Attachment** | $ | 3,049.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 2,068.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,252.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **MORTGAGE FOR 7120 S ASHLAND TO INCREASE TO 1994/MO AS OF FEB 2011**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 10,348.00 |
| b.   Average monthly expenses from Line 18 above | $ | 12,252.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,904.00 |

**B6J (Official Form 6J) (12/07)**

In re     **ELDRIDGE CHARLES FOSTER**
       **STACEY E FOSTER**                      Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| 2 CELL PHONES | $ 250.00 |
| COMCAST | $ 200.00 |
| 11312 S VINCENNES WATER | $ 55.00 |
| 1320 W 112TH PL WATER | $ 50.00 |
| 7120 S ASHLAND WATER | $ 100.00 |
| **Total Other Utility Expenditures** | $ **655.00** |

**Other Insurance Expenditures:**

| | |
|---|---:|
| 113TH | $ 82.00 |
| 112TH | $ 70.00 |
| 7122 | $ 175.00 |
| **Total Other Insurance Expenditures** | $ **327.00** |

**Other Installment Payments:**

| | |
|---|---:|
| 7120 S ASHLAND (INCLUDES INTEREST AND TAXES ONLY | $ 1,608.00 |
| 11312 S VINCENEES MORTGAGE (NO ESCROW) | $ 786.00 |
| 1320 W 112TH PL MORTGAGE (NO ESCROW) | $ 655.00 |
| **Total Other Installment Payments** | $ **3,049.00** |

**Other Expenditures:**

| | |
|---|---:|
| REAL ESTATE TAXES PRIMARY RESIDENCE | $ 380.00 |
| PET CARE AND DOG GROOMING | $ 85.00 |
| REAL ESTATE TAXES 11313 S VINCENNES AND 1320 W 112TH PL | $ 250.00 |
| BIRTHDAY CLUB | $ 100.00 |
| LUNCHES | $ 50.00 |
| FAMILY GROOMING | $ 200.00 |
| AFTER SCHOOL CARE | $ 300.00 |
| PREP TAX RETURNS | $ 64.00 |
| MAINTENANCE 11312 S VINCENNES, 1320 W 112TH PL, 7120 S ASHLA | $ 150.00 |
| CHEERLEADING | $ 300.00 |
| COLLEGE 529 PLAN | $ 189.00 |
| **Total Other Expenditures** | $ **2,068.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **ELDRIDGE CHARLES FOSTER**
      **STACEY E FOSTER**

                         Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **28**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  7, 2010**          Signature   **/s/ ELDRIDGE CHARLES FOSTER**
                                                **ELDRIDGE CHARLES FOSTER**
                                                Debtor

Date  **September  7, 2010**          Signature   **/s/ STACEY E FOSTER**
                                                  **STACEY E FOSTER**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**

Case No. _____

Debtor(s)

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 NUTT N BUT SWEETS LLC DEBTOR RECEIVED K-1 NON-PASSIVE LOSS 5332 |
| $0.00 | 2008 NUTT N BUT SWEETS LLC |
| $6,155.00 | 2010 NUTT N BUT SWEETS LLC GROSS THROUGH 9 10 10 (LAST CHECK DATE AS BUSINESS CLOSED 8 28 10) GROSS |
| $74,840.00 | 2008 GROSS RENTALS TOTAL RENTAL REAL ESTATE LOSS PER INCOME TAX RETURN (2414) |
| $0.00 | 2008 NUTT N BUT SWEETS LLC NONPASSIVE LOSS FROM K-1 (8,240) |

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | **2008 THE LAUNDRY PLACE, INC**<br>**NONPASSIVE INCOMR FROM K-1 (0)** |
| $71,817.00 | **2009 WIFE BOARD OF ED CITY OF CHGO** |
| $71,920.00 | **2008 WIFE BD OF ED CITY OF CHGO** |
| $13,112.00 | **2010 GROSS RENTAL (H AND R BLOCK) AT 7120 S ASHLAND CHGO., IL**<br>**1639/MO 1 1 10 - 8 31 10** |
| $5,875.00 | **2010 GROSS RENTAL 7120 S ASHLAND CHICAGO IL NAIL SALON**<br>**1 1 10 - 8 31 10**<br>**1175/MO** |
| $0.00 | **2010 GROSS RENTAL NUTT'N BUT SWEETS 1 1 - 8 31** |
| $10,496.00 | **2010 GROSS RENTAL 11312 S VINCENNES CHICAGO, IL 1 1 - 8 31**<br>**1437/M0 = 937/MO FROM GOVT AND 500/MO FROM TENANT (WHEN TENANT**<br>**PAYS)** |
| $6,852.00 | **2010 GROSS RENTAL 1320 W 112TH PL CHICAGO, IL 3 1 - 8 31**<br>**1200/MO FROM GOVT** |
| $1,032.00 | **2010 GROSS RENTAL INCOME 11550 S WATKINS CHICAGO, IL 1 1 - 8 31**<br>**FROM GOVT**<br>**CURRENTLY RECEIVES 0** |
| $0.00 | **2010 GROSS RENTAL INCOME 2716 CIRCLE DR MARKHAM IL 1 1 - 8 31**<br>**CURRENTLY RECEIVES 0** |
| $7,253.00 | **2009 GROSS RENTAL 2716 CIRCLE DRIVE MARKHAM, IL**<br>**(FROM COOK COUNTY 3230)** |
| $11,086.00 | **2009 GROSS RENTAL 11550 S WATKINS CHICAGO, IL**<br>**(FROM CITY OF CHICAGO)** |
| $16,797.00 | **2009 GROSS RENTAL 11312 S VINCENNES CHICAGO, IL**<br>**(FROM CITY OF CHICAGO 11,328)** |
| $8,609.00 | **2009 GROSS RENTAL 1320 W 112TH PL CHICAGO, IL**<br>**(FROM CITY OF CHICAGO 6840)** |
| $27,946.00 | **2009 GROSS RENTAL 7122 S ASHLAND CHICAGO, IL** |
| $3,230.00 | **2008 GROSS RENTAL 2716 MARKHAM**<br>**(FROM COOK COUNTY 3230)** |
| $12,384.00 | **2008 GROSS RENTAL 115TH CHICAGO**<br>**(FROM CITY OF CHICAGO 12,384)** |
| $10,013.00 | **2008 GROSS RENTAL 113TH CHICAGO**<br>**(FROM CITY OF CHICAGO 10013)** |
| $10,631.00 | **2008 GROSS RENTAL 112TH ST CHICAGO**<br>**(FROM CITY OF CHICAGO 10631)** |
| $45,340.00 | **2010 WIFE  CHGO BD OF EDUCATION THROUGH 8 13 10**<br>**GROSS** |
| $5,288.00 | **2009 NUTT N BUT SWEETS W-2** |
| $0.00 | **2010 RENT 7120 S ASHLAND UNIT A CHICAGO, IL 9 1 -** |

---

**2. Income other than from employment or operation of business**

None     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
☐     during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $6,773.00 | **2008 FED REFUND IN 2009 JOINT** |

| AMOUNT | SOURCE |
|---|---|
| $786.00 | 2008 ILL REFUND IN 2009 JOINT |
| $14,409.00 | 2007 FEDERAL REFUND IN 2008 JOINT |
| $2,161.00 | 2007 ILL REFUND IN 2008 JOINT |
| $5,456.00 | 2009 FEDERAL REFUND IN 2010 JOINT |
| $328.00 | 2009 ILL REFUND JOINT IN 2010 |
| $900.00 | 2007 ADDITIONAL FEDERAL REFUND/PAYMENT IN 2008 JOINT |
| $2.00 | 2009 SALE OF VIRTUS INVESTMENT PARTNERS, INC NET SHORT TERM CAPITAL GAIN GROSS PROCEEDS |
| $9.00 | 2009 DIVIDEND THE PHOENIX COMPANIES, INC COMMON STOCK |

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850\*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Harris Bank Barrington, NA PO Box 94034 Palatine, IL 60094 | 6,7,8 MORTGAGE PRAIRIE AVE | $3,510.00 | $265,265.00 |
| Harris Bank Barrington, NA PO Box 94034 Palatine, IL 60094 | 6,7,8 2010 PRAIRIE AVE MORTGAGE | $2,364.00 | $265,265.00 |
| Harris Bank Barrington, NA PO Box 94034 Palatine, IL 60094 | 6,7,8 2010 113TH VINCENNES | $2,358.00 | $107,510.00 |
| Harris Bank Barrington, NA PO Box 94034 Palatine, IL 60094 | 6,7,8 2010 112TH PLACE | $1,965.00 | $89,592.00 |
| Harris NA 111 W. Monroe St. Chicago, IL 60603 | 7 31 10 | $3,000.00 | $225,000.00 |
| Harris NA 111 W. Monroe St. Chicago, IL 60603 | DUE FOR 8 10 AND 9 10 1608/MO PD 9 1 10 | $1,608.00 | $225,000.00 |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Toyota Motor Credit Corp**<br>**5005 N. River Blvd.**<br>**Cedar Rapids, IA 52411-6634** | **6,7,8 10** | **$1,680.00** | **$32,186.00** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ALLIANCE LAUNDRY SYSTEMS LLC V. ELDRIDGE FOSTER AND STACEY FOSTER 10L002727** | **COLLECTION ON BUSINESS CONTRACT GUARANTEE** | **CIRCUIT COURT OF COOK COUNTY, ILLINOIS** | **DEFAULT CONTINUED TO 9 17 10** |
| **CHASE BANK V EIDRIDGE C FOSTER (ELDRIDGE) 09M1200538** | **DEBT COLLECTION** | **CIRCUIT COURT OF COOK COUNTY, IL** | **JUDGMENT 5 6 10 FOR 19,376.32 PLUS COSTS (20,362.43) CITATION SERVED ON HARRIS BANK RETURN DATE 9 15 10** |
| **U S BANK NA (AMNET MORTGAGE) V. ELDRIDGE FOSTER 09CH50716** | **MORTGAGE FORECLOSURE** | **CIRCUIT COURT OF COOK COUNTY, IL** | **JUDGMENT 5 3 10 RE: 2716 CIRCLE DRIVE MARKHAM, IL** |
| **TINA JACKSON V. ELDRIDGE FOSTER AND STACY (STACEY) FOSTER 08L003002** | **PERSONAL INJURY IN ONE OF DEBTOR'S RENTAL PROPERTIES** | **CIRCUIT COURT OF COOK COUNTY, IL** | **DISMISSED 7 20 10 . ALLSTATE INSURANCE COMPANY ATTORNEY (DALE SHERMAN) IS DEFENDING DEBTOR. DATE OF LOSS 5 14 07 AT 11550 S WATKINS CHICAGO, IL** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MOHAMED KASSEM V. ELDRIDGE C FOSTER 06M1110466** | **DEBT COLLECTION (BUSINESS RENT)** | **CIRCUIT COURT OF COOK COUNTY, IL** | **PENDING 7 27 10 HEARING** |
| **CHASE HOME FINANCE V. ELDRIDGE AND STACEY FOSTER, ET AL 10CH24018** | **MORTGAGE FORECLOSURE RE 11550 S WATKINS CHGO IL** | **CIRCUIT COURT OF COOK COUNTY, IL CHGO IL** | **STATUS DATE 8 13 10** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **FELLOWSHIP BAPTIST CHURCH 45TH AND PRINCETON CHICAGO, IL** | | **1 1 09 - 12 31 09** | **4975** |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sacks, Goreczny, Maslanka &Costello**<br>**100 W. Monroe St.**<br>**#804**<br>**Chicago, IL 60603** | **MARCH 2010 300 FEES**<br>**APRIL 2010 1050 FEES AND 299 COSTS** | **1350 FEES AND 299 COSTS** |
| **Institute for Financial Literacy** | **4 2010** | **50 CONSUMER CREDIT COUNSELLING HUSBAND** |
| **INSTITUTE FOR FINANCIAL LITERACY** | **7 10** | **50 COUNSELLING WIFE** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Harris NA**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | **CHECKING FOR NUTT'N BUT SWEETS LLC**<br>**7973**<br>**92.00** | **8 31 10**<br>**92.00** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **CHASE AUTO FINANCE NAT'L RECOVERY GROUP P O BOX 29505 Phoenix, AZ 85038** | **JUNE 2010 FROM WIFE'S CHASE BANK ACCOUNT** | **11000** |
| **HARRIS NA BLST - P O BOX 2880 Chicago, IL 60690** | **8 10** | **40** |
| **HARRIS NA BLST - P O BOX 2880 Chicago, IL 60690** | **8 10** | **6** |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **FOSTER AND FOSTER ENTERPRISES, INC** | 0733 | **C/O ELDRIDGE FOSTER 3634 S PRAIRIE Chicago, IL 60653** | **LAUNDROMAT AND REAL ESTATE INVESTMENT** | 6 14 99 - 11 13 09 |
| **ES OF CHICAGO, LLC** | 9189 | **C/O ELDRIDGE FOSTER 3634 S PRAIRIE Chicago, IL 60653** | **LAUNDROMAT AND REAL ESTATE INVESTMENT** | 4 26 06 - 10 12 07 |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **NUTT N BUT SWEETS LLC** | **6035** | **7122 S ASHLAND** **Chicago, IL 60636** | **CANDY RETAILER** **WINDING DOWN** **BUSINESS. TO CLOSE 8** **31 10** | **9-4-08 TO 8 31 10** |
| **ELDRIDGE CHARLES FOSTER** | **8631** | **3634 S PRAIRIE AVE** **Chicago, IL 60653** | **INVESTMENT REAL** **ESTATE PURCHASE** **AND MANAGEMENT** | **TO PRESENT** |
| **STACEY E FOSTER** | **4898** | **3634 S PRAIRIE AVE** **Chicago, IL 60653** | **INVESTMENT REAL** **ESTATE PURCHASE** **AND MANAGEMENT** | **TO PRESENT** |
| **THE LAUNDRY PLACE, INC** | **0556** | **7122 S ASHLAND** **1ST FL** **Chicago, IL 60636** | **LAUNDROMAT** | **4 3 06 - 9 12 08** |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**ELDRIDGE CHARLES FOSTER**
**3634 S PRAIRIE AVE**
**Chicago, IL 60653**

**STACEY E FOSTER**
**3634 S PRAIRIE AVE**
**Chicago, IL 60653**

**BENFORD BROWN & ASSOCS., LLC**
**8135 S STONY ISLAND AVE**
**1ST FL**
**Chicago, IL 60617**

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **NUTT N BUT SWEETS LLC**<br>**WILLIAM DELANEY, REGISTERED AGENT**<br>**444 N WABASH AVE**<br>**3RD FL**<br>**CHGO, IL 60611** | **7122 S ASHLAND**<br>**Chicago, IL 60636** |
| **NUTT N BUT SWEETS LLC**<br>**ELDRIDGE FOSTER, MANAGER** | **7122 S ASHLAND**<br>**Chicago, IL 60636** |
| **FOSTER AND FOSTER ENTERPRISES, INC**<br>**ELDRIDGE AND STACEY FOSTER** | **C/O ELDRIDGE FOSTER**<br>**3634 S PRAIRIE**<br>**Chicago, IL 60653** |
| **ES OF CHICAGO, LLC**<br>**WILLIAM J DELANEY**<br>**420 N WABASH AVE**<br>**STE 203**<br>**CHGO IL 60611** | **C/O ELDRIDGE FOSTER**<br>**3634 S PRAIRIE**<br>**Chicago, IL 60653** |
| **ES OF CHICAGO, LLC**<br>**ELDRIDGE FOSTER** | **C/O ELDRIDGE FOSTER**<br>**3634 S PRAIRIE**<br>**Chicago, IL 60653** |
| **THE LAUNDRY PLACE, INC**<br>**REGISTERED AGENT**<br>**WILLIAM J DELANEY**<br>**420 N WABASH**<br>**STE 203**<br>**CHGO IL 60611** | **7122 S ASHLAND**<br>**1ST FL**<br>**Chicago, IL 60636** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **HARRIS NA**<br>**BLST - P O BOX 2880**<br>**Chicago, IL 60690** | **2009 AND 2010** |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------------------------------------------|
| **2010** | **ELDRIDGE FOSTER** | **50 OF RETAIL MERCHANDISE**<br>**REMAINING. BUSINESS CLOSING** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **2010** | **ELDRIDGE CHARLES FOSTER**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **ANTHONY FOSTER**<br>**1557 EVERS**<br>**Westchester, IL 60154** | **PARTNER IN NUTT N BUTT SWEETS LLC** | **25%** |
| **ELDRIDGE CHARLES FOSTER**<br>**3634 S PRAIRIE AVE**<br>**Chicago, IL 60653** | **PARTNER IN NUTT N BUT SWEETS LLC** | **75%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **ES OF CHICAGO, LLC** | **C/O ELDRIDGE FOSTER**<br>**3634 S PRAIRIE**<br>**Chicago, IL 60653** | **DISSOLUTION OF DOMESTIC L.L.C.**<br>**10 12 07** |

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **FOSTER AND FOSTER ENTERPRISES, INC**<br>**C/O ELDRIDGE FOSTER**<br>**3634 S PRAIRIE**<br>**Chicago, IL 60653** | **ELDRIDGE FOSTER,**<br>**PRESIDENT** | **CORP. DISSOLVED 11 13 09** |
| **THE LAUNDRY PLACE, INC**<br>**7122 S ASHLAND**<br>**1ST FL**<br>**Chicago, IL 60636** | **ELDRIDGE FOSTER**<br>**PRESIDENT/SECRETARY** | **DISSOLUTION OF CORPORATION**<br>**9 12 08** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

12

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**September 7, 2010**__          Signature   **/s/ ELDRIDGE CHARLES FOSTER**

**ELDRIDGE CHARLES FOSTER**
Debtor

Date __**September 7, 2010**__          Signature   **/s/ STACEY E FOSTER**

**STACEY E FOSTER**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**
_____
Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**CHASE HOME FINANCE** | **Describe Property Securing Debt:**<br>**11550 S WATKINS CHGO., IL 60643**<br>**PURCHASED 2005 $95,000**<br>**JOINT TENANCY**<br>**25 19 403 021 0000**<br>**SINGLE FAMILY RESIDENCE**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Harris NA** | **Describe Property Securing Debt:**<br>**3634 S PRAIRIE CHGO IL**<br>**SINGLE FAMILY**<br>**17 34 309 086**<br>**17 34 309 087**<br>**DEBTORS' RESIDENCE** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**HARRIS NA** | **Describe Property Securing Debt:**<br>**7120-22 S ASHLAND CHGO, IL**<br>**2007 LOAN MATURED JAN 2010. NOW UNDER**<br>**FOREBEARANCE AGREEMENT**<br>**PAYMENTS INCREASE TO 1994/MO AT 1 15 11.**<br>**CURRENTLY 1608/MO JULY 2010 THROUGH DEC 2010,**<br>**AFTER DOWNPAYMENT.**<br>**3 UNIT COMMERCIAL BUILDING**<br>**RENTAL PROPERT** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Harris Trust & Savings Bank** | **Describe Property Securing Debt:**<br>**11312 S VINCENNES CHGO, IL**<br>**SINGLE FAMILY RESIDENCE**<br>**PURCH 1999**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

■ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**HARRIS TRUST AND SAVINGS** | **Describe Property Securing Debt:**<br>**3634 S PRAIRIE CHGO IL**<br>**SINGLE FAMILY**<br>**17 34 309 086**<br>**17 34 309 087**<br>**DEBTORS' RESIDENCE** |

Property will be (check one):

☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**HARRIS TRUST AND SAVINGS BANK** | **Describe Property Securing Debt:**<br>**1320 W 112TH PL CHGO., IL**<br>**SINGLE FAMILY RESIDENCE**<br>**PURCH 2003**<br>**RENTAL PROPERTY**<br>**TAXES SOLD** |

Property will be (check one):

☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit Corp** | **Describe Property Securing Debt:**<br>**2007 ES 350 LEXUS** |

Property will be (check one):
&#9744; Surrendered &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9744; Redeem the property
&#9632; Reaffirm the debt
&#9744; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt &#9744; Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**U S BANK NA** | **Describe Property Securing Debt:**<br>**2716 CIRCLE DR MARKHAM, IL 60428**<br>**LENDER: U.S. BANK, NA/SAXON MORTGAGE/AMNET**<br>**PURCH 2002**<br>**RENTAL PROPERTY**<br>**SINGLE FAMILY RESIDENCE**<br>**SOLD FOR DELINQUENT TAXES 2007 ON 7 16 09**<br>**REDEEM BY 1 25 12** |

Property will be (check one):

■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**MERCHANT SERVICES** | **Describe Leased Property:**<br>**DEBIT CARD MACHINE SERVICE CONTRACT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**NORTHERN LEASING SYS, INC** | **Describe Leased Property:**<br>**DEBIT CARD MACHINE SERVICE CONTRACT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**TRANSFIRST** | **Describe Leased Property:**<br>**DEBIT CARD MACHINE SERVICE CONTRACT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Verizon Wireless** | **Describe Leased Property:**<br>**PHONE SERVICE CONTRACT EXPIRES 2011** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September  7, 2010**                    Signature  **/s/ ELDRIDGE CHARLES FOSTER**

**ELDRIDGE CHARLES FOSTER**

Debtor


Date  **September  7, 2010**                    Signature  **/s/ STACEY E FOSTER**

**STACEY E FOSTER**

Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**

Case No. _____

Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,350.00 |
| Prior to the filing of this statement I have received | $ | 1,350.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September  7, 2010**

**/s/ Michael J. Maslanka**
**Michael J. Maslanka 06188163**
**Sacks, Goreczny, Maslanka & Costello, P.C.**
**100 West Monroe Street**
**Suite 804**
**Chicago, IL 60603**
**312-641-2424**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**
_____  Case No. _____
                             Debtor(s)      Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**
_____     X  **/s/ ELDRIDGE CHARLES FOSTER**   **September  7, 2010**
Printed Name(s) of Debtor(s)                Signature of Debtor          Date

Case No. (if known) _____   X  **/s/ STACEY E FOSTER**   **September  7, 2010**
                                  Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ELDRIDGE CHARLES FOSTER**
**STACEY E FOSTER**

Case No.

Debtor(s)

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **50**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September  7, 2010**

**/s/ ELDRIDGE CHARLES FOSTER**
**ELDRIDGE CHARLES FOSTER**
Signature of Debtor

Date:   **September  7, 2010**

**/s/ STACEY E FOSTER**
**STACEY E FOSTER**
Signature of Debtor

ADT SECURITY SRVCS INC
C/O SEROTA DORKO & ASSOCS.
P O BOX 1008
Arlington Heights, IL 60006


ADVANTA BANK CORP
P O BOX 8088
Philadelphia, PA 19101


ALLIANCE LAUNDRY SYSTEMS LLC
C/O HAUSELMAN, RAPPIN & OLSWANG LTD
39 S LASALLE
# 1105
Chicago, IL 60603


ALLSTATE
P O BOX 3576
Akron, OH 44309


AMERICAN EXPRESS
P O BOX 0001
Los Angeles, CA 90096


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express
PO Box 981537
El Paso, TX 79998-1537


ANTHONY FOSTER
1557 EVERS
Westchester, IL 60154


AT & T
PO Box 8105
Aurora, IL 60507-8105


BROADVIEW SECURITY
P O BOX 631877
Irving, TX 75063

```
CHASE
PO BOX 2001
Elgin, IL 60120


CHASE
PO BOX 15298
Wilmington, DE 19850


CHASE AUTO FINANCE
NAT'L RECOVERY GROUP
P O BOX 29505
Phoenix, AZ 85038


CHASE BANK USA, N.A.
C/O MICHAEL D FINE
131 S DEARBORN ST
FLOOR 5
Chicago, IL 60603


CHASE HOME FINANCE
P O BOX 78420
Phoenix, AZ 85062


Citi Cards/CITIBANK SOUTH DAKOTA NA
Box 6000
The Lakes, NV 89163-6000


City of Chicago
c/o Corporation Counsel
30 N. LaSalle, 7th floor
Chicago, IL 60602


CITY OF MARKHAM
16313 S KEDZIE
Markham, IL 60428


Com Ed
Attn Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


COOK COUNTY
BOX 7552
Chicago, IL 60680
```

```
DELANEY LAW
444 N WABASH
3RD FL
Chicago, IL 60611


DISCOVER
PO BOX 15316
Wilmington, DE 19850


DISCOVER FIN SRVCS
P O BOX 15316
Wilmington, DE 19850


ELM LIMITED LLC
100 N LASALLE
2400
Chicago, IL 60602


EQUITY ONE INVESTMENT FUND LLC
120 W MADISON
918
Chicago, IL 60602


ES OF CHICAGO LLC
3634 S PRAIRIE AVE
Chicago, IL 60653


FOSTER AND FOSTER ENT. INC.
3634 S PRAIRIE AVE
Chicago, IL 60653


FOSTER AND FOSTER ENTERPRISES INC
3634 S PRAIRIE AVE
Chicago, IL 60653


Harris NA
PO BOX 5043
Rolling Meadows, IL 60008


HARRIS NA
BLST - P O BOX 2880
Chicago, IL 60690
```

Harris NA
111 W. Monroe St.
Chicago, IL 60603


Harris Trust & Savings Bank
PO Box 755
Chicago, IL 60690


HARRIS TRUST AND SAVINGS
PO BOX 755
Chicago, IL 60690


HARRIS TRUST AND SAVINGS BANK
PO BOX 755
Chicago, IL 60690


HSBC RETAIL SERVICES
PO BOX 17264
Baltimore, MD 21297


MERCHANT SERVICES
371 CENTENNIAL PKWY
Louisville, CO 80027


MOHAMED KASSEM
C/O DELANEY LAW
420 N WABASH
203
Chicago, IL 60611


NORTHERN LEASING SYS, INC
132 W 31ST ST
New York, NY 10001


NUTT'N BUT SWEETS
7122 S ASHLAND
Chicago, IL 60636


PAYCHEX INC
1000 E WARRENVILLE RD
Naperville, IL 60563

Peoples Gas
Bankruptcy Dept.
130 E. Randolph
Chicago, IL 60601


SABRE INVESTMENTS LLC
31 HOMEWOOD DR
POB 3074
Carbondale, IL 62902


STACEY FOSTER
3634 S PRAIRIE AVE
Chicago, IL 60653


Toyota Motor Credit Corp
5005 N. River Blvd.
Cedar Rapids, IA 52411-6634


TRANSFIRST
371 CENTENNIAL PKWY
Louisville, CO 80027


U S BANK NA
C/O IRA NEVEL
175 N FRANKLIN
201
Chicago, IL 60606


U S SMALL BUSINESS ADMIN
801 TOM MARTIN DR
120
Birmingham, AL 35211


Verizon Wireless
Customer Service Department
777 Big Timber Road
Elgin, IL 60123


WASHINGTON MUTUAL
P O BOX 78065
Phoenix, AZ 85062


WHEELER-DEALER LTD
120 N LASALLE
1350
Chicago, IL 60602